IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ALONZO HATCHEL,**

    **Plaintiff,**

**vs.**                                            **1:08CV168-MMP/AK**

**MICHAEL J. ASTRUE,**
**Commissioner of the Social**
**Security Administration,**

    **Defendant.**
_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion for Extension of Time to File Answer (doc. 12), which is unopposed. Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through February 5, 2009, to respond to the complaint.

**DONE AND ORDERED** this  *5*<sup>th</sup> day of January, 2009.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**