# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**ALONZO HATCHEL,**

    **Plaintiff,**

**vs.**                                                **CASE NO. 1:08CV168-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Uncontested Motion for Extension of Time to file his memorandum. (Doc. 22). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through **July 6, 2009**, to file his memorandum.

**DONE AND ORDERED** this _**4th**_ day of June, 2009.


                                                        *s/ A. KORNBLUM*
                                                        **ALLAN KORNBLUM**
                                                        **UNITED STATES MAGISTRATE JUDGE**